# THE SUPREME COURT OF WASHINGTON

IN RE:

ZENOVIA NICOLE LOVE,

ATTORNEY AT LAW.

)
)
)
)
)
)
)
)

**ORDER**

BAR NO. 45989

Supreme Court No.
201,658-8

FILED
JUL 14 2017
WASHINGTON STATE
SUPREME COURT

This matter came before the Supreme Court on the Washington State Bar Association (WSBA) Disciplinary Board's order in the matter of Zenovia Nicole Love, wherein the Disciplinary Board adopted the Findings of Fact, Conclusions of Law and Hearing Officer's Recommendation of disbarment. The Court has reviewed the Disciplinary Board's Recommendation and the Findings of Fact, Conclusions of Law and Hearing Officer's Recommendation and the Court has determined unanimously that the recommendation should be approved. Now, therefore, it is hereby

ORDERED:

Zenovia Nicole Love is disbarred from the practice of law. Pursuant to ELC 13.2, the effective date of disbarment is seven days from the date of this order. Costs and expenses, pursuant to ELC 13.9, as approved by the disciplinary board, and restitution, pursuant to ELC 13.7, as approved by the disciplinary board, will be paid by Ms. Love.

DATED at Olympia, Washington, this 14th day of July, 2017.

For the Court

Fairhurst. C.J.,
CHIEF JUSTICE