# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In the Matter of Zenovia Nicole Love

WSBA No. 45989

Case No 2:17-rd-00094

ORDER OF RECIPROCAL DISCIPLINE

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington. Thirty days has elapsed since the Court was informed that Zenovia Nicole Love was disbarred by the Washington State Supreme Court; and Zenovia Nicole Love was afforded the opportunity to show good cause within thirty days why Zenovia Nicole Love should not be disbarred; no good cause having been shown;

It is ORDERED THAT Zenovia Nicole Love is disbarred from practice before this Court.

Dated August 29, 2017.

*Walter T. McGovern*
WALTER T. MCGOVERN
United States District Judge